**Order entered November 4, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00711-CV

**TEEL STYLES, Appellant**

**V.**

**TEXAS ATTORNEY GENERAL, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-00248**

## ORDER

The Court has been informed that the underlying proceedings were not recorded and a reporter's record will not be filed. Accordingly, as the clerk's record has been filed, we **ORDER** appellant to file her opening brief no later than December 6, 2021.

/s/    KEN MOLBERG
       JUSTICE